**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-cv-22967-BLOOM/Louis

OPTIMUS MSO II INC.,

    Plaintiff,
v.

SIMPLY HEALTHCARE
PLANS INC.,

    Defendant.
_____/

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint. Upon consideration of the papers and the arguments therein, it is **ORDERED** that:

1)   The Unopposed Motion for Extension of Time is **GRANTED**.

2)   Plaintiff's Respond to Defendant's Motion to Dismiss is due to be filed on or before Friday, August 14, 2020.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August ____, 2020.

 

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

1