UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.:  20-cv-22967-BLOOM/Louis

OPTIMUS MSO II INC.,

 Plaintiff,

v.

SIMPLY HEALTHCARE PLANS, INC.,

 Defendant.
_____/

**JOINT SCHEDULING REPORT**

 Plaintiff Optimus MSO II Inc. and Defendant Simply Healthcare Plans, Inc. jointly file their Joint Scheduling Report in compliance with the Court's Order (ECF No. 3), Fed R. Civ. P. 26(f), and S.D. Fla. Local Rule 16.1 following a conferral attended by counsel for all parties on August 27, 2020.

  **I.** **Case Management Track (S.D. Fla. L.R. 16.1(a))**

 The parties agree that this case should be assigned to the Standard Case Management Track.

  **II.** **Conference Report (S.D. Fla. L.R. 16.1(b))**

  **A.** **Likelihood of Settlement**

 The Parties agree to engage in settlement discussion as this case progresses.

  **B.** **Likelihood of Appearance in the Action of Additional Parties**

 The appearance of additional parties is not anticipated at this time.

**C.      Parties' Proposed Deadlines**

The parties propose the deadlines set forth in Exhibit A.

**D.      Proposal for Formulation and Simplification of Issues**

The parties will attempt to work in good faith to narrow and simplify the issues for trial, to eliminate any claims or defenses found through discovery to be lacking in merit, to obtain admissions that will avoid unnecessary proof at trial, and to avoid unnecessary discovery.

**E.      The Necessity or Desirability of Amendments to the Pleadings**

The parties reserve the right to amend the pleadings up to the deadline for doing so and thereafter upon motion for good cause.

**F.      The Possibility of Obtaining Admissions of Fact and Documents**

The parties will work together, in good faith, to stipulate to undisputed facts and to obtain admission that will avoid unnecessary proof at trial. The parties are not aware of any specific e-discovery related issues at this time, but in the event discovery or e-discovery issues arise during the pendency of this case, the parties agree to meet and confer to resolve any such issues prior to seeking intervention of the Court.

**G.      Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**

The parties agree to cooperate in developing pretrial stipulations to avoid unnecessary proof and cumulative evidence.

**H.      Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master**

The parties agree to have discovery matters referred to the Magistrate Judge for resolution.

I.      **Preliminary Estimate of Time for Trial**

The parties estimate that the trial of this matter will take five days.

J.      **Pretrial Conference and Trial Dates**

See Section II.C above.  The parties defer to the Court with regard to any need for a pretrial conference.

K.      **Any Issue About Disclosure, Discovery, or Preservation of Electronically Preserved Information**

There are no issues identified at this time.

L.      **Any Other Information Helpful to the Court in Setting the Case for Conference**

None at this time.

Respectfully submitted,

| | |
|---|---|
| HIRZEL DREYFUSS & DEMPSEY PLLC<br>2333 Brickell Avenue, Suite A-1<br>Miami, Florida 33129<br>Telephone: (305) 615-1617<br>Facsimile: (305) 615-1585<br><br>By: /s/ Patrick G. Dempsey<br>Leon F. Hirzel<br>Florida Bar No. 085966<br>hirzel@hddlawfirm.com<br>Patrick G. Dempsey<br>Florida Bar No. 27676<br>Dempsey@hddlawfirm.com<br><br>*Counsel for Plaintiff* | HOGAN LOVELLS US LLP<br>600 Brickell Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone:   (305) 459-6500<br>Facsimile:   (305) 459-6550<br><br>By: /s/Craig H. Smith<br>Craig H. Smith<br>Florida Bar No. 96598<br>Florida Board Certified – Health Law<br>craig.smith@hoganlovells.com<br>James L. VanLandingham<br>Florida Bar No. 106761<br>James.vanlandingham@hoganlovells.com<br><br>*Counsel for Defendant Simply Healthcare Plans, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2020, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: /s/Patrick Dempsey

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 20-cv-22967-BLOOM/Louis**

OPTIMUS MSO II INC.,

    Plaintiff,

v.

SIMPLY HEALTHCARE PLANS, INC.,

    Defendant.
_____/

**PRETRIAL DEADLINES AND TRIAL DATE**

| Date | |
|---|---|
| 09/25/2020 | Joinder of parties and claims, and amendment of pleadings. |
| 10/07/2021 | Deadline to file Proposed Order Scheduling Mediation including name of mediator, date, time and location of the mediation consistent with the Order of Referral of Mediation. |
| 05/24/2021 | All fact discovery to be completed. |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purpose of final disposition. |
| | Deadline for Plaintiff to disclose expert witness summaries/reports pursuant to F.R.C.P. 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in F.R.C.P. 26(a)(2)(D)(ii). |
| 06/28/2021 | Deadline for Defendant to disclose expert witness summaries/reports pursuant to F.R.C.P. 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in F.R.C.P. 26(a)(2)(D)(ii). |
| 07/12/2021 | Deadline to complete mediation, consistent with the Order of Referral to mediation |

| | |
|---|---|
| 08/02/2021 | All expert discovery must be completed. |
| 08/16/2021 | Deadline for the filing of all dispositive motions. |
| 09/06/2021 | Deadline to file pretrial motions, including motions in limine and *Daubert* motions. |
| 10/06/2021 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to F.R.C.P. 26(a)(3). |
| 10/27/2021 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted pursuant to Local Rule 16.1(k). |
| 11/15/2021 | Trial Date. |