UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case No. 20-cv-22967-BLOOM**

OPTIMUS MSO II INC.,

    Plaintiff,

vs.

SIMPLY HEALTHCARE PLANS, INC.,

    Defendant.

_____/

## PLAINTIFF OPTIMUS MSO II INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, OPTIMUS MSO II INC. ("Plaintiff"), by and through undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, and states as follows:

1) Optimus MSO II, Inc., ("Optimus" or "Plaintiff") is a Florida corporation.

2) The following is a list of persons, associated persons, firms, partnerships, and/or corporations that may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the parties.

    a) Optimus MSO II Inc. (Plaintiff);

    b) Hirzel Dreyfuss & Dempsey, PLLC. (Counsel for Plaintiff);

    c) Leon F. Hirzel (Counsel for Plaintiff);

    d) Patrick G. Dempsey (Counsel for Plaintiff);

    e) Alec Hayes (Counsel for Plaintiff);

    f) Simply Healthcare Plans, Inc. (Defendant);

  g) Amerigroup Corporation (Parent of Defendant);

  h) ATH Holding Company, LLC (Parent of Defendant);

i) Anthem, Inc. (Parent of Defendant);

  j) Hogan Lovells US LLP (Counsel for Defendant);

  k) Craig H. Smith (Counsel for Defendant);

  l) James L. VanLandingham (Counsel for Defendant).

Dated: August 27, 2020.    Respectfully submitted,

**HIRZEL DREYFUSS & DEMPSEY PLLC**
*Counsel for Plaintiff*
2333 Brickell Ave, Suite A-1
Miami, Florida 33129-2497
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

By: /s/ *Patrick G. Dempsey*
  **LEON F. HIRZEL**
  Florida Bar No. 085966
  hirzel@hddlawfirm.com
  **PATRICK G. DEMPSEY**
  Florida Bar No. 27676
  dempsey@hddlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmissions of Notices of Electronic Filing generated by CM/ECF.

    By: /s/ *Patrick G. Dempsey*
     **PATRICK DEMPSEY**