**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 20-cv-22967-BLOOM/Louis**

OPTIMUS MSO II INC.,

    Plaintiff,

v.

SIMPLY HEALTHCARE PLANS, INC.,

    Defendant.
_____/

**JOINT NOTICE OF SELECTION OF MEDIATOR**

Pursuant to this Court's August 28, 2020, Scheduling Order (D.E. 16), September 23, 2020 Order (D.E. 18) and Local Rule 16.2, the Parties have selected Pamela Perry to mediate this case. The mediation is currently scheduled for May 12, 2021, at 10 a.m. at 600 Brickell Avenue, Suite 2700, Miami, FL 33131, or at some other location as may be agreed to by the parties and the mediator. The parties respectfully request the Court's permission to reschedule the date of the mediation if circumstances warrant, and shall so notify the Court of the new date before rescheduling. A proposed order scheduling mediation is attached as Exhibit A.

DATE: September 24, 2020

Respectfully submitted,

| | |
|---|---|
| HIRZEL DREYFUSS & DEMPSEY PLLC<br>2333 Brickell Avenue, Suite A-1<br>Miami, Florida 33129<br>Telephone: (305) 615-1617<br>Facsimile: (305) 615-1585 | HOGAN LOVELLS US LLP<br>600 Brickell Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br><br>By: /s/Craig H. Smith<br>Craig H. Smith<br>Florida Bar No. 96598<br>Florida Board Certified – Health Law<br>craig.smith@hoganlovells.com<br>James L. VanLandingham<br>Florida Bar No. 106761<br>James.vanlandingham@hoganlovells.com |
| By: /s/ Patrick G. Dempsey<br>Leon F. Hirzel<br>Florida Bar No. 085966<br>hirzel@hddlawfirm.com<br>Patrick G. Dempsey<br>Florida Bar No. 27676<br>Dempsey@hddlawfirm.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant Simply Healthcare Plans, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2020, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: /s/Patrick G. Dempsey